# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

EDWARD PHILLIPS,                    : No. 32 WM 2019
                                    :
                    Petitioner      :
                                    :
                                    :
                                    :
            v.                      :
                                    :
                                    :
                                    :
COMMONWEALTH OF PENNSYLVANIA,       :
JUDGE MARTINI, JUDGE MANNING,       :
ADA MATTHEW GALLIS, ADA ARDA        :
OZDINC, ATTORNEY CARL MARCUS,       :
ATTORNEY JOSEPH HOROWITZ,           :
                                    :
                    Respondents     :


## <u>ORDER</u>


**PER CURIAM**

    **AND NOW**, this 1st day of August, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the names of the jurists from the caption.